### STEIN *v.* THE STATE.

From the Marion Criminal Circuit Court.

*H. W. Harrington* and *H. Francisco*, for appellant.

*C. A. Buskirk*, Attorney General, and *R. D. Doyle*, for the State.

PETTIT, C. J.—This case, in all legal respects, is the same as *Stein* v. *The State, ante*, p. 21, and, on the authority of that case, this is affirmed, at the costs of the appellant.